UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Clarissa W.-J., | File No. 23-cv-729 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Martin J. O'Malley, *Commissioner of Social Security Administration*, | |
| Defendant. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on July 10, 2024. ECF No. 23. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

2. Plaintiff Clarissa W.-J.'s request for reversal or remand of the Commissioner's decision [ECF No. 16] is **GRANTED in part** and **DENIED in part** as set forth in the Report and Recommendation.

3. This case is **REMANDED** for the purpose of clarifying Plaintiff's mental RFC during a 30-day training period and the bases for that RFC and, if necessary, obtaining relevant testimony from a VE as to the step five analysis.

4. Defendant Commissioner of Social Security's request to affirm the Commissioner's decision [ECF No. 18] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 25, 2024                    s/ Eric C. Tostrud
                                         Eric C. Tostrud
                                         United States District Court